**ROUTH CRABTREE OLSEN, P.S.**
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE    (425) 458-2121
FACSIMILE    (425) 458-2131

Honorable Judge Albert E. Radcliffe
Chapter 13

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re:

Timothy Douglas Van Horn

Debtor.

Case No. 10-66502-AER13

OBJECTION TO CONFIRMATION
By WELLS FARGO BANK, N.A.

COMES NOW Wells Fargo Bank, N.A., ("Creditor"), and objects to confirmation of Timothy Douglas Van Horn's ("Debtor" herein) proposed Chapter 13 plan (the "Plan").

## I. BACKGROUND

On or about September 21, 2007, Timothy Douglas Van Horn, executed and delivered a Promissory Note ('Note') in favor of Wells Fargo Bank, N.A. in the original principal amount of $417,000.00. This Note was secured by a Deed of Trust ('Deed') encumbering real property commonly described as 1942 NW Rivermist Drive Bend, OR 97701 ('Property').

The outstanding principal balance due on the Note as of filing was approximately $408,290.94. As of the same date the loan was contractually due for the July 1, 2009 payment. See Creditor's proof of claim for exact amounts. The pre-petition arrears, including payments, late charges, escrow advances and accrued fees and costs are estimated to be $59,511.57 and will be reflected in a proof of claim to be filed shortly.

## II. AUTHORITY AND ARGUMENT

Creditor objects to confirmation of the Plan as it will not satisfy Creditor's secured claim. The Plan as proposed is therefore not feasible under 11 U.S.C. § 1325(a)(5), as Creditor does not accept the plan and the value of property to be distributed under the plan is less than the allowed amount of Creditor's claim. Further, the Plan does not comply with 11 U.S.C. § 1322 (b)(5), as it does not provide for the cure of an existing default within a reasonable time or require the maintenance of payments while

Objection to Confirmation
Page - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

the case is pending on a secured claim on which the last payment is due after the date on which the final payment under the plan is due.  The Plan provides that

> Debtor shall sell property located at 1942 NW Rivermist Dr., Bend, OR 97701 on a short sale to an unrelated party.  The value of the property is $320,000 and outstanding liens total $470,955. Proceeds of the sale will pay first outstanding liens; any deficiency shall be treated as an unsecured claim pursuant to paragraph 2(f) above. This plan shall serve as notice of the sale and confirmation of this plan shall serve as approval of the sale provision.

Creditor does not accept the Plan or Debtor's valuation of the Property at $320,000.00.  Creditor requests an evidentiary hearing at which time Creditor will present evidence as to the value of the Property. Creditor objects to the approval of any sale prior to the appropriate motion and notice of said sale being filed, including the terms of the sale, etc.  Creditor further objects to any provision of the Plan which would compel Creditor to accept a short sale.

Creditor finally objects to confirmation of the Plan as it does not provide for adequate protection payments to Creditor pending sale, a reasonable deadline by which the Property is to be sold and finally an alternative means of satisfying Creditor's claim in the absence of sale.

WHEREFORE, Creditor respectfully requests the Court deny confirmation of the proposed Chapter 13 plan.

DATED December 6, 2010.

          **ROUTH CRABTREE OLSEN, P.S.**
          ATTORNEYS AT LAW
          Attorneys for Creditor


          /s/ James K. Miersma_____
          By: James K. Miersma, OSB #021623

Objection to Confirmation
Page - 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ⬥ FACSIMILE (425) 458-2131

The Honorable Judge Albert E. Radcliffe

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

| In re: | Chapter 13 Bankruptcy |
|---|---|
| Timothy Douglas Van Horn | No.: 10-66502-AER13 |
|  | CERTIFICATE OF MAILING |
| Debtor. |  |

### CERTIFICATE OF MAILING

I hereby certify under penalty of perjury under the laws of the State of Washington that I mailed a true and correct copy of the Objection to Confirmation postage pre-paid, regular first class mail on the  17th  day of ____December____, 2010, to the parties listed on the attached exhibit.

DATED this __17th__ day of _____December_____, 2010.

/s/ Joe Hinson_____
Assistant to Attorney

Certificate of Mailing
Page - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

1

2  Timothy Douglas Van Horn
   1323 35th Ave. NW
3  Salem, OR  97304

4  Brian D Turner
   1631 NE Broadway #120
5  Portland, OR  97232

6  Fred Long
   POB 467
7  Eugene, OR  97440

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Certificate of Mailing – Exhibit
Page - 2

**ROUTH CRABTREE OLSEN, P.S.**
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131