OFT (8/8/08)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

June 7, 2011

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
 **Timothy Douglas Van Horn**
Debtor(s)

Case No. **10–66502–tmb7**

ORDER AND NOTICE OF
TIME TO FILE CLAIMS

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. ***DEADLINE*** **to File a Proof of Claim: (NOTE:** *Use form ENCLOSED with this Notice!!)* **9/7/11** for all creditors, except governmental units who must file by the later of either **9/7/11** or within 180 days after date relief ordered. Your claim must be *received* by the bankruptcy clerk's office by this deadline!

2. Your claim form must be served on the Clerk of Court, 405 E 8th Ave #2600, Eugene, OR 97401 for filing.

3. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

Clerk, U.S. Bankruptcy Court


**NOTES: (a) DO NOT FILE A CLAIM IF THE SAME ONE HAS ALREADY BEEN FILED IN THIS CASE! (b) A claim may be filed after the stated deadline, but unless it is a priority claim it probably will be treated as late and therefore paid after timely claims (also see LBR 3001–1). (c) THIS MAY BE YOUR ONLY NOTICE TO FILE A CLAIM!**


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FILE CLAIM FORM ON NEXT PAGE WITH:**

Clerk, U.S. Bankruptcy Court
405 E 8th Ave #2600
Eugene, OR 97401


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\* \* \* **SEE NEXT PAGE** \* \* \*